UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ELIZABETH DENSON and KRISTOPHER ANTLE, Individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br>v.<br><br>ELEPHANT INSURANCE SERVICES, LLC,<br>                   Defendant. | Civil Action No. 3:22-cv-00022 |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs Elizabeth Denson and Kristopher Antle ("Named Plaintiffs"), on behalf of themselves and all others similarly situated, ("Plaintiffs") and Elephant Insurance Services, LLC ( "Elephant" or "Defendant"), by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

## CONCLUSION

Wherefore the parties request that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Motion.

Respectfully submitted,

<div style="columns:2">

/s/ *Zev Antell*
Harris D. Butler, III (VSB No. 26483)
Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
harris@butlercurwood.com
craig@butlercurwood.com
zev@butlercurwood.com

*Counsel for Plaintiffs*

/s/ *Lindsey A. Strachan*
Steven D. Brown (VSB No. 42511)
Lindsey A. Strachan (VSB No. 84506)
Whitney E. Nelson (VSB No. 95911)
ISLER DARE P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile: (804) 234-8234
Email: sbrown@islerdare.com
Email: lstrachan@islerdare.com
Email: wnelson@islerdare.com

*Counsel for Defendant*
*Elephant Insurance Services, LLC*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ *Zev Antell*
Zev H. Antell (VSB No. 74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
zev@butlercurwood.com

*Counsel for Plaintiffs*