IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ELIZABETH DENSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:22cv22 (EWH) |
| | ) | |
| ELEPHANT INSURANCE SERVICES, | ) | |
| LLC, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT ORDER REGARDING APPROVAL**

Plaintiffs Elizabeth Denson and Kristopher Antle ("Named Plaintiffs"), on behalf of themselves and all others similarly situated ("Plaintiffs"), and Elephant Insurance Services, LLC ("Elephant" or "Defendant"), by their respective counsel, respectfully submit and consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (ECF No. 24) (the "Motion"), the Settlement Agreement and Release (ECF No. 25-1) (the "Agreement"), and Plaintiffs' Notice of Supplement to Joint Motion for Settlement Approval (ECF No. 27), and for the reasons stated in the parties' submissions, the Court GRANTS the Motion and approves the parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Moreover, all claims asserted in this action were resolved with assistance and oversight of U.S. Magistrate Mark R. Colombell.

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED:

1) That all the terms of the Agreement are approved as "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

2) That Plaintiff shall distribute the Agreement and attached Settlement Notice as required by the Agreement and will collect all signed releases also as required by the Agreement.

3) That Defendant shall pay the settlement in a manner consistent with the Agreement.

4) That within five (5) business days following the dissemination of settlement checks, Plaintiffs' counsel will take all necessary steps to dismiss this matter with prejudice, and, at such time of dismissal, Plaintiffs' counsel shall file a notice informing the Court of the participation levels in the settlement.

5) That this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

Let the Clerk file a copy of this Order electronically and notify all counsel.

It is so ORDERED.

/s/

Elizabeth W. Hanes
United States Magistrate Judge

Richmond, Virginia
Date: July 18, 2022