**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 8/24/22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| Denson, et al <br> v. <br> Elephant Insurance | Case No. 3:22CV22 <br> Judge: Hanes <br> Court Reporter: Jill Trail, OCR |

APPEARANCES:   Parties by (✓) with ( ) counsel        Pro Se ( )

Parties appeared re: ECF 29 consent motion;

Motion granted;

Plaintiff directed to submit revised consent order.

Counsel for Plaintiff(s): Zev Antell

Counsel for Defendant(s): Lindsey Komisin and Whitney Nelson

SET: 1   BEGAN: 1:00        ENDED: 1:16   Time in Court: 16 mins