IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ELIZABETH DENSON and
KRISTOPHER ANTLE,
Individually and on behalf of all
Others similarly situated,

        Plaintiffs,

        v.                                  Civil Action No. 3:22-cv-00022 (EWH)

ELEPHANT INSURANCE SERVICES,
LLC,

        Defendant.

## **FINAL ORDER**

On September 23, 2022 the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 34.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                                       _____/s/_____
                                                                       Elizabeth W. Hanes
                                                                       United States District Judge

Richmond, Virginia
Dated:  September 27, 2021